IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 19 2010

FILED

United States of America

    v.                            Civil No. 08-31-JM

James LaPlante

### ORDER TO SHOW CAUSE

Upon Request of Plaintiff, the United States of America, it is

ORDERED that the defendant, James LaPlante, appear at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire on the 23rd day of June, 2010, at 9:30 a.m. to show cause why he should not be found in civil contempt of Court for failure to obey a lawful order of this Court entered on April 27, 2010. It is further

ORDERED that a copy of this Order, together with the United States' Request for Order to Show Cause, be personally served upon the defendant on or before June 10, 2010.

DATED at Concord, New Hampshire, this 20th day of 2010.

/s/ James E. Muirhead
U.S. Magistrate Judge