```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
       Plaintiff,

    v.                                                      Civil No. 00-31-LM

James LaPlante,
       Defendant,
  and

Citizens Bank,
       Garnishee.

```
             ORDER TO RELEASE FUNDS AND TO
           QUASH WRIT OF CONTINUING GARNISHMENT
```

On September 14, 2010, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on September 16, 2010, an account in the name of James LaPlante, held by Citizen's Bank, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, James LaPlante on September 17, 2010, by certified mail, return receipt.

Defendant hereby waives his right to a hearing pursuant to 28 U.S.C. §3202(d).  Accordingly, it is

ORDERED that funds in the amount of $800.00 which were seized on September 16, 2010, from an account in the name of James LaPlante, which are in the possession, custody or control of Citizens Bank, be released to the United States of America.  Said funds should be made payable to U.S. Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301; and

ORDERED that any remaining funds in the account in the name of James LaPlante, over $800.00, be released to James LaPlante; and

ORDERED that the Writ of Continuing Garnishment issued on September 14, 2010, to Citizens Bank, is hereby quashed.

IT IS SO ORDERED.

/s/ Landya B. McCafferty
_____
U.S. Magistrate Judge

DATED: September 22, 2010

cc: Michael T. McCormack, AUSA
    James LaPlante, pro se
    Citizens Bank